UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| In Re Paul Wojciechowski | ) |
| | ) 16-42442 |
| and | ) Ch 13 |
| Mary Wojciechowski | ) October 13 2016 |
| | ) |
| Debtors | ) |
| _____ | )16-4087 |
| Susan H Mello LLC et al | ) October 11, 2016 |
| Plaintiffs | ) |
| V | ) |
| Paul Wojciechowski and Mary Wojciechowski | ) |
| Defendants | ) |

    Plaintiffs' Verified Exhibit on Objection, Motion to Dismiss, Response to Motion to Quash et al and Motion for protective order

    Comes now Susan H Mello for the Plaintiffs and for their Verified Exhibit on the Objection, the Motion to Dismiss and the Response to the Motion to Quash and states as follows

1. One of the issue of bad faith in the schedules is where Debtors in the April , August and September schedules as sworn to at the creditors meeting listed charitable contributions as $170/mo to St Stans .

1

2 Just   as the undersigned suspected the  claim of $170/mo was knowingly false .

3 The undersigned determined this by calling the church secretary on 9/29/16  asking what information would be provided without a subpoena and was    Informed the records ( which show church envelopes of checks ) show   the  last time  St Stans  received  anything from the debtors/defendant ,  it    was March 2016  , and  it was  $40 / a month, not $40/ week ,    $40 each in January , February    and  March. and  none  since.

4 The   undersigned believes the information from the call to be accurateand believes it is   practice to see   entries   are entered at the time and are kept   current .

s/s/  Susan  H Mello   under penalties of perjury   9.29.16

Respectfully submitted

    BY    /s/ Susan H Mello

 Susan H Mello 31158 /3841

  Susan H Mello LLC

7751 Carondelet, Suite 403

Clayton, MO 63105

(314) 721-7521

(314) 863-7779 FAX

  Pro se Creditor /Plaintiff and   Attorney   For

  Creditor /Plaintiff  Susan  H  Mello LLC

2

Certificate of service

The undersigned confirms that she served as copy of Angela Redden-Jansen and Diana Daughtery to the best of her knowledge on 9/29/16 other than debtors Paul and Mary Wojciechowski who were mailed a copy at 636 Undercliff Hazelwood where it is on the Motion to Dismiss those eserved with this document via the Court's CM/ECF system on the _29_ day of _September __ 2016 are all necessary parties  /s/ Susan H Mello

3