UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| In Re Paul Wojciechowski | ) |
| | ) 16-42442 |
| and | ) Ch 13 |
| Mary Wojciechowski | ) October 13 2016 |
| | ) |
| Debtors | ) |

Creditor request for evidentiary hearing , and list of Susan Mello's [1] Exhibits for 9/13/16 Objection / Motion to Dismiss hearing

1 Page from 5/15 deposition

2 page 1 of 2013 tax return showing failing to report rental income

3 summary of 2 014 return showing no rental income

4 page 1 of 2015 return showing no rental income

5 page 2 of 2015 return showing there was an Ex A not provided

6 list of creditors which does not include Us bank or Shellpoint on second mortgage

Shellpoint billing statements

Shellpoint 2015 letter that mortgage was sold

page of May 2015 deposition that he knew it was sold

---

[1] The undersigned does not recall any pre hearing order but to the extent the exhibit list is to be sent here is one .

7 page 21 of 4/11schedules with the totals

7A page 60 of April schedules with the $1938 shown as payroll; deduction

7B page 61 of April schedules showing 4 children listed as living with them

8 page 62 of April schedules with the circled notes as filed in July

wherethe misc was then $460 and vehicle insurance was $250

9 page 44 of April schedules where had PFC as $13,251 and judgment where the judgment is $3300.99

9apage 79 of April schedules with a cure of $1124 on first mortgage

9b p1 April plan where was going to deposit $790

9c where d $1451 for Elaine Pudlowski as only DSO and had 2 FCCU twice

9d had zero on unsecured claims

9e signature [age

9f-g PFC judgment for $3300 at $125/mo

10 copy of portion of his 11/15financial statement

11 copy of 2007 listing of expenses for same house with 2 adults,i full time at home , and 2 small children

12.portion of his deposition where he testified on expenses

13 2015 custody schedule of time with the boys

14 Portions of hold harmless clauses in 2012 divorce

15 Form 14 in 2012

16 signed form from creditors meeting

17 pages from August schedules

18 pages from September schedules

19 pages from September plan where now added unsecured FCCU to pay , still has false amt for Pudlowski, seeks to claim tax refunds for self not estate, now has arrearage on first mortgage as $2276 and seeks to pay Redden-Jansen$1660 x 12 at $1660/mo and zero for the unsecured

20 Items due fromLR 1030 request

together with the court taking judicial notice of the filed Objections and Motions

Respectfully submitted

BY    /s/ Susan H Mello

Susan H Mello 31158 /3841

Susan H Mello LLC

7751 Carondelet, Suite 403

Clayton, MO 63105

(314) 721-7521

(314) 863-7779 FAX

Pro se Creditor /Plaintiff and    Attorney    For

Creditor /Plaintiff  Susan  H  Mello LLC

The undersigned  confirms that  she eserved a copy on    D Daugherty and A Redden-Jansen by e service and understands the Notice of Electronic filing and as such other than what was mailed all necessary parties are served with this documents via the Court's CM/ECF system on the _12_ day of    October    2016  /s/ Susan H Mello