United States Bankruptcy Court

Eastern District of Missouri

In re Paul Wojciechowski

Annd Mary Wojciechowski )   16-42442

Judge K Suratt -States

_____

Susan H Mello LLC

Plaintiff

v   Paul Wojciechowski et al

Defendants                    )16-04087


Corrected   Motion of Creditor/ Plaintiff  Susan H Mello/ Susan H Mello LLC for  Stay and continuance and added time


Comes now Creditor and   Plaintiff Susan H  Mello/Susan H Mello LLC and for the corrected Motion and states as follows:

  1 The undersigned is a creditor and Plaintiff in the above cases.

  2 The undersigned is experiencing a medical issue where needs added time of 30 days to respond anything required of her where dealing with a severe exhaustion/ fatigue issue measurable on blood tests further complicating the lingering effects from a 2021 head injury and concussion .  The fatigue and exhaustion is so severe that had had difficulty even holding head up .

..

3 On or about Thursday May 17 2023, upon seeing a series of entries from the court ( which seem to have begun around 12:30 and ended after 4pm, which seem to be close to fifty in number), to try to act promptly the undersigned ( who was already experiencing the fatigue as even evident where had own zip code and address wrong ) sought to submit a request to the court on how it would take the undersigned ( who still has not seen the enclosures and understand mailed copies are on their way ) time to download and read .

4 As it was when the undersigned did try to use the pacer log in , the saved acct number ( as later determined by the Pacer help desk was missing a number and it took until close to 4pm for the undersigned to even get into Pacer) .

5 The undersigned realized later how very fatigued was and corrects same to read

.. . Comes now Susan H Mello and where on 5/17/2013 (From what was recalled as 2020 , during which time it was the understanding of the undersigned the court was going to reschedule various hearings on car insurance proceeds and other issues with the amended schedules ), the undersigned moves for a 30 day stay, continuance and modifications to allow the undersigned to review the many orders and the file , with the added time needed where the intervening time , the undersigned had a head injury and concussion ( where as in a June 2022 MD Letter had lingering

effects ), had other injuries and is now dealing with documented Vit D insuffiency which is working on treating ( on which due to return to MD on June 20 2023) where needs the 30 days for same .

2 There can be no undue prejudice where debtor did not seek to schedule the hearing on same and where the recollection of the undersigned an evidentiary hearing was to be held

3 Wherefore movant moves for same under penalties of perjury .

By Susan H Mello MO Bar 31158

for Susan H Mello and Susan H Mello LLC

415 Tuxedo

St Louis Mo 631119\

314 721 7521

SusanMello@ gmail.com

for Movant

' Certificate of Service

The undersigned served a copy per the court's procedures where there is no one not on the list of those to be sent or entitled to notice who would not already be receiving copies from the court on 5/22/23 and can and will email a copy of Ms. Redden Jansen and to the trustee /s/ Susan Mello